UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                              Case No. 8:99-cr-158-T-17MSS
                                     8:03-cv-2090-T-17MSS

JOSE LUIS AREVALO.

_____

O R D E R

This Court denied Defendant Arevalo's 28 U.S.C. § 2255 motion to vacate, set aside, or correct an allegedly illegal sentence. Defendant filed a Notice of Appeal. Pursuant to Edwards v. United States, 114 F.3d 1083 (11th Cir. 1997), the Court construed the Notice of Appeal as a request for a certificate of appealability and denied the request.

Now, Defendant has filed a application for certificate of appealability and a motion for leave to proceed in forma pauperis.

To merit a certificate of appealability, Defendant must show that reasonable jurists would find debatable both (1) the merits of an underlying claim, and (2) the procedural issues he seeks to raise. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 475 (2000).[1] Defendant has failed to meet this standard. Therefore, Defendant has failed to satisfy the Slack test. See also, Franklin v. Hightower, 215 F.3d 1196 (11th Cir. 2000). Defendant's arguments hinge on the application of Apprendi v. New Jersey. However, Defendant's arguments have no merit because Apprendi v. New Jersey, 530 U.S. 466

---

[1] Miller-El v. Cockrell, 123 S.Ct. 1029 (2003) does not change the Slack standard. See Ziegler v. Crosby, 345 F.3d 1300, 1303 n.4 (11th Cir. 2003).

(2000) does not apply retroactively on collateral attack. See McCoy v. United States, 266 F. 3d 1245 (11th Cir. 2001). See also, Varela v. United States, 400 F.3d 864 (11th Cir. 2005) (Blakely v. Washington and United States v. Booker do not apply retroactively on collateral attack);

Accordingly, the Court orders:

1. That Arevalo's application for certificate of appealability (Doc. No. 30) is denied.

2. That Arevalo's motion for leave to appeal in forma pauperis (Doc. No. 32) is denied.

ORDERED in Tampa, Florida, on June 3, 2005.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

AUSA: W. Stephen Muldrow

Pro Se Litigant: Jose Luis Arevalo